# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DEAN NAGY,<br>　　　　Plaintiff,<br>　　v.<br>SOCIAL SECURITY ADMINISTRATION,<br>　　　　Defendant. | NO. EDCV 25-00582 KK (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that judgment shall be entered dismissing this action without prejudice.

DATED: April 29, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KENLY KIYA KATO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE