JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JAMES DEAN NAGY,** | ) | **NO. EDCV 25-00582 KK (KS)** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **SOCIAL SECURITY** | ) | |
| **ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 29, 2025

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE